# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CRIMINAL CASE NO. 3:08cr128

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| CHAD RODREGUS WADE. ) | |

**THIS MATTER** is before the Court *sua sponte* to continue the case.

On May 29, 2008, the Defendant was indicted in a three-count bill of indictment and charged with one count of possession with intent to distribute crack cocaine, in violation of 21 U.S.C. §§841(a)(1) and 841(b); one count of possession of a firearm during a drug trafficking crime, in violation of 18 U.S.C. §924(c)(1); and one count of being a felon in possession of a firearm, in violation of 18 U.S.C. §922(g)(1). An arrest warrant was issued. The Defendant's initial appearance and arraignment were held on August 6, 2008, at which time counsel was appointed and the Defendant's case was placed on the August 18, 2008 calendar for trial.

"Unless the defendant consents in writing to the contrary, the trial shall not commence less than thirty days from the date on which the

defendant first appears through counsel or expressly waives counsel and elects to proceed pro se." 18 U.S.C. §3161(c)(2). The Defendant here has not so consented and thus, his trial may not start less than thirty days from his appearance with counsel.

In addition, the Court finds that counsel would not have an adequate opportunity to prepare for trial, taking into account the exercise of due diligence. The Court therefore finds that a failure to grant the continuance "would unreasonably deny the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." 18 U.S.C. §3161(h)(8)(B)(iv).

For the reasons stated herein, the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(8)(A).

**IT IS, THEREFORE, ORDERED** that the above-captioned case is **CONTINUED** from the August 18, 2008 term in the Charlotte Division.

Signed: August 7, 2008

Martin Reidinger
United States District Judge